[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10085
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cr-00404-EAK-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JARVIS RODRICK THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 10, 2019)

Before WILSON, WILLIAM PRYOR and HULL, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel for Jarvis Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's conviction and sentence are **AFFIRMED**.  Further, Thomas's motion for appointment of counsel is **DENIED AS MOOT**.